UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03-CR-470 (CEJ) |
| ) | |
| JEFFREY THOMAS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

IT IS HEREBY ORDERED that defendant's motion for order *nunc pro tunc* to correct clerical errors [Doc. #309] is **denied**.

IT IS FURTHER ORDERED that defendant's motion for extension of time to file a reply [Doc. #311] is **denied**.

IT IS FURTHER ORDERED that the defendant shall not be permitted to file any further pleadings, motions, or documents in this closed criminal case without first obtaining leave of court.

IT IS FURTHER ORDERED that the Clerk of Court shall in the future return to defendant any documents submitted without a motion for leave to file.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of October, 2012.