UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03-CR-470 (CEJ) |
| ) | |
| JEFFREY THOMAS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

IT IS HEREBY ORDERED that defendant's motion for leave of court to file a reply to the Government's opposition [Doc. #314] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2012.