# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:03-CR-00470-RWS |
| vs. ) | |
| ) | |
| JEFFREY THOMAS ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF TESTIMONY

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney, and hereby gives notice that it may call a witness at the upcoming hearing to review Defendant's supervised release conditions, currently scheduled for June 29, 2021, at 2:00 pm (Doc. 352).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Joshua M. Jones*
Joshua M. Jones, Mo. Bar # 61988
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-2310
Fax: (314) 539-2287
joshua.m.jones@usdoj.gov

1

## Certificate of Service

  The undersigned hereby certifies that on June 25, 2021, a true and accurate copy of the foregoing document was filed electronically via this Court's CM/ECF system, and therefore served on all parties of record.

                /s/ *Joshua M. Jones*
                Assistant United States Attorney